**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7878

DONALD SULLIVAN,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; GEORGE W. BUSH, Individually and in his official capacity as President of the United States of America; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; THOMAS RIDGE, Individually and in his capacity as Director of US Dept. of Homeland Security; STATE OF NORTH CAROLINA; I. BEVERLY LAKE, Honorable, Individually and as Chief Justice of the NC Supreme Court; ERNEST B. FULLWOOD; ROY COOPER, Individually and as Attorney General for North Carolina; GARY O. BARTLETT, Individually and in his capacity as Director of the NC Board of Elections; WAYNE HURDER, Individually and in his capacity as Director of the NCDMV License Division; NEW HANOVER COUNTY CORPORATION; ALLEN O'NEAL, Individually and in his capacity as County Manager of NHCC; DAVID WEAVER, Individually and in his capacity as Assistant County Manager for NHCC; PAT MELVIN, Individually and in her capacity as Assistant County Manager for NHCC; ANDY ATKINSON, Individually and in his capacity as former Assistant County Manager for NHCC; ROBERT G. GREER, Individually and in his capacity as chairman, NHCC Commissioners; BILL CASTER, Individually and in his capacity as NHCC Commissioner; NANCY PRITCHETT, Individually and in her capacity as NHCC Commissioner; JULIA BOSEMAN, Individually and in her capacity as NHCC Commissioner; CATHERINE GORMLEY, Individually and in her former capacity as Chief Financial Officer;

NEW HANOVER REGIONAL MEDICAL CENTER; JIM GREEN, Individually and in his capacity as CFO, NHRMC; JOSEPH W. LANIER, JR., Individually and in his capacity as former Sheriff of NHCC; SID CAUSEY, Individually and in his capacity as Sheriff of NHCC; JOSEPH CRAIG, Sgt., Individually and in his capacity as a deputy for NHCC; DEPUTY SMITH, Individually and in his capacity as a deputy for NHCC; DAVID RICE, Individually and in his capacity as Director, Department of Public Health for NHCC; JAMES OXENDINE, Individually and in his capacity formerly as Director, Department of Social Services (DSS) for NHCC; LAVAUGHN NESMITH, Individually and in her capacity as Director, DSS for NHCC; CAM GRIFFIN, Individually and in his capacity as Director, Department of the Budget for NHCC; BRUCE SHELL, Individually and in his capacity as Director, Department of Finance for NHCC; D JOHN MORRIS, Dr., Individually and in his capacity as Superintendent of Public Schools for NHCC; LYNN CHAMBLEE, Individually and in her former capacity as Director of Department of Elections for NHCC; RENEE CHESNUT, Individually and in her capacity as Director of Department of Elections for NHCC; JOHN A. CARRIKER, Individually and in his capacity as District Attorney for NHCC; CITY OF WILMINGTON, NORTH CAROLINA; SPENCE BROADHURST, Individually and in his capacity as Mayor of CWC; HARPER PETERSON, Individually and in his capacity as former Mayor of CWC; JASON THOMPSON, Individually and in his capacity as councilman for CWC; KATHERINE MOORE, Individually and in her capacity as councilman for CWC; LAURA PADGETT, Individually and in her capacity as councilman for CWC; JIM QUINN, Individually an in his capacity as councilman for CWC; SANDRA HUGHES, Individually and in his capacity as former councilman for CWS; FRANK CONLON, Individually and in his capacity as former councilman for CWC; STERLING CHEATAM, Individually and in his capacity as Manager for CWC; BENJAMIN QUATTLEBAUM, Individually and in his capacity as Director CWC Housing Authority; JOHN CEASE,

Individually and in his former capacity as Chief of Police for CWC; G. BRUCE, Individually and in his capacity as Chief of Police for CWC; DAVE MAYES, Individually and in his capacity as Stormwater Utility Manager for CWC; SAINT MARY'S CATHOLIC CHURCH; TRISH DOYLE, Individually and in her capacity as Executive Director for the Tileston Outreach Health Clinic; IRENE SILVA EDWARDS, Individually and in her capacity as Case Worker for the Tileston Outreach Health Clinic; RITA SHIVER, Dr., Individually and in her capacity as Director of the Pender County DSS; JAMIE ORRUCK, Individually and in his capacity as Director of Brunswick County DSS; HENRY ROMERO; VICTOR ETUX FORMINSANO; UNIVERSITY OF NORTH CAROLINA AT WILMINGTON, (UNCW); JAMES R. LEUTZE, Individually and in his former capacity as Chancellor of UNCW; DENNIS CARTER, Individually and in his capacity as Vice Chancellor of Academic Affairs & Academic Outreach for UNCW; YVONNE PAGAN, Individually and as Executive Director for the Hispanic Community Development Center (HCDC); BRENDA GOOD, Individually and in her capacity as program support assistant for the New Bern National Cemetery; MICHAEL F. EASLEY, Individually and in his official capacity as Governor for the State of North Carolina; JOHN KENNEDY, Individually and as Director of the Administrative Office of the Courts of North Carolina; GEORGE TATUM, Individually and in his capacity as Director for the NC Department of Motor Vehicles; MICHAEL WARD, Individually and as Superintendent of NC Department of Public Instruction; TED DAVIS, JR., Individually as former Chairman and in his capacity as a former member, NHCC Commissioners,

Defendants - Appellees.

--------------------

- 3 -

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Louise W. Flanagan, Chief District Judge. (CA-04-103-FL)

_____

Submitted: April 28, 2005                         Decided: May 4, 2005

_____

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Donald Sullivan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald Sullivan appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000), and denying his motion for reconsideration and to amend his complaint. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Sullivan v. United States, No. CA-04-103-FL (E.D.N.C. July 7, 2004; July 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED